# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 21, 2013

### NO. 03-11-00228-CV

Appellants, Edmond L. Bisland III and Rhonda T. Bisland// Cross-Appellant,
Financial Indemnity Company, or properly Unitrin County Mutual Insurance Company
f/k/a Charter County Mutual Insurance Company

v.

Appellee, Financial Indemnity Company, or properly Unitrin County Mutual Insurance
Company f/k/a Charter County Mutual Insurance Company// Cross-Appellees,
Edmond L. Bisland III and Rhonda T. Bisland

APPEAL FROM 428TH DISTRICT COURT OF HAYS COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON AND HENSON
REVERSED AND RENDERED ON MOTION FOR REHEARING –
OPINION BY JUSTICE PURYEAR; JUSTICE HENSON NOT PARTICIPATING

**THIS CAUSE** came on to be heard on the record of the court below, and the same being considered, because it is the opinion of this Court that there was error in the trial court's judgment: **IT IS THEREFORE** considered, adjudged and ordered that the judgment of the trial court is reversed, and judgment is rendered in favor of the appellee/cross-appellant in accordance with the jury's verdict. It is **FURTHER** ordered that the appellants/cross-appellees pay all costs relating to this appeal, both in this Court and the court below; and that this decision be certified below for observance.